MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CASE NO.: 2:23-MJ-00915-NJK |
| vs. | Stipulation to Continue Status Conference |
| **ANGEL RAMON MARQUEZ**, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between MELANEE SMITH, ESQ., United States Attorney, counsel for the United States of America, and MICHAEL BECKER, ESQ., counsel for the defendant, that the Status Conference in the above-captioned matter, currently scheduled for October 31, 2024, at the hour of 1:30 p.m., be vacated and continued to a date and time convenient to this court.

This stipulation is entered into for the following reasons:

1. The Defendant is waiting for his certificates of completion from Nevada DUI.

2. The Defendant will make payment on October 31, 2024 in person.

3. The parties agree to the continuance;

4. This is the First stipulation to continue Status Conference by the parties.

1

5. The additional time requested herein is not sought for purpose of delay, but rather to allow the Defendant to complete his requirements.

DATED this 29th day of October 2024.

Respectfully Submitted,

| /s/ MICHAEL BECKER | /s/ MELANEE SMITH |
|---|---|
| MICHAEL BECKER, ESQ. | MELANEE SMITH, ESQ. |
| Attorney for Defendant | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.: 2:23-MJ-00915-NJK |
| vs. | ) Order Continuing Status Conference |
| ANGEL RAMON MARQUEZ, | ) |
| Defendant. | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the status hearing currently set for October 31, 2024, at 1:30 p.m. is CONTINUED to December 5, 2024, at 1:30 p.m.

DATED this 29th day of October 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE